No. 00–10834. BURLEY v. UNITED STATES; and

No. 01–5685. HISHAW v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 244 F. 3d 1208.